UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FREDY EDUARDO MARTINEZ SANTOS, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | EP-26-CV-01319-DCG |
| WARDEN, EL PASO PROCESSING CENTER; and DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), | § § § § § § | |
| *Respondent*. | § | |

## ORDER DISMISSING DUPLICATIVE PETITION

On December 11, 2025, Attorney Dan Gividen filed a Petition for Writ of Habeas Corpus on Petitioner Fredy Eduardo Martinez Santos's behalf (the "First Petition").[1]  The First Petition sought (among other things) an order requiring the Government to release Petitioner from immigration detention—or, barring that, to give him a bond hearing within three days.[2]

Due to the enormous backlog of immigration habeas petitions this Court has received, the First Petition remained pending for several months.[3]  So Petitioner—perhaps growing impatient with the Court—took matters into his own hands.  On May 3, 2026, he drafted a *pro se* habeas

---

[1] Petition for Writ of Habeas Corpus at 1, *Martinez-Santos v. Noem*, No. 3:25-cv-00655 (W.D. Tex. Dec. 11, 2025), ECF No. 1.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *Id.* at 73.

[3] *See, e.g.*, *Huanaga-Luna v. Bondi*, No. 3:26-CV-00462, 2026 WL 822444, at *1–2 (W.D. Tex. Mar. 19, 2026) (discussing "the crushing number of immigration habeas petitions [the Court has] received" since June 2025 and the strain they've placed on the Court's time and resources).

petition of his own (the "Second Petition") and mailed it to the Court.[4]  The Second Petition seeks essentially the same relief as the First—immediate release or a bond hearing.[5]

On May 6, 2026, however—while the Second Petition was still *en route* to the courthouse[6]—the Court granted the First Petition and ordered the Government to either release Petitioner or give him a bond hearing.[7]  As such, the Second Petition is seeking relief that the Court has already granted.

The Court therefore **DISMISSES** the above-captioned case as duplicative.

The Court **CLOSES** the case.

The Clerk of Court **SHALL MAIL** this Order to:

Fredy Eduardo Martinez Santos
El Paso Processing Center
8915 Montana Ave.
El Paso, TX 79925

The Clerk of Court **SHALL ALSO EMAIL** this Order to Attorney Dan Gividen.

**So ORDERED and SIGNED this 9th day of May 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[4] *See* 2d Pet., ECF No. 1, at 8.

[5] *See id.* at 7.

[6] *See id.* at 1 (indicating that the Second Petition didn't arrive at the courthouse until May 8, 2026).

[7] *See* Order Granting Petition for Writ of Habeas Corpus at 12, *Martinez-Santos v. Noem*, No. 3:25-cv-00655 (W.D. Tex. May 6, 2026), ECF No. 9.